**Order entered November 6, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00904-CV

### IN THE INTEREST OF J.R., A MINOR CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-18-1023-X**

## ORDER

Appellant's brief in this termination of parental rights case is overdue. Because these types of cases must be handled expeditiously, appellant is **ORDERED** to file, within **TEN DAYS** of the date of this order, both appellant's brief and an extension motion. Failure to file the brief and an extension motion by the time specified may result in an order for the trial court to conduct a hearing to determine why appellant's brief has not been filed and to take such measures as may be necessary to assure effective representation, including appointment of new counsel.

/s/     BILL WHITEHILL
JUSTICE